IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CRYSTAL BONNER and BILLY BONNER                                    PLAINTIFFS

v.                              No. 3:16-cv-51-DPM

NATIONWIDE INSURANCE COMPANY INC.                              DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 August 2016